**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 97-6778**

WILBUR LEON MARTIN, JR.,

Petitioner - Appellant,

versus

CHESAPEAKE CITY JAIL; ATTORNEY GENERAL OF THE
COMMONWEALTH OF VIRGINIA,

Respondents - Appellees.

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Norfolk.  Henry C. Morgan, Jr., District
Judge.  (CA-96-468-2)

Submitted:  December 2, 1997          Decided:  April 20, 1998

Before HAMILTON, Circuit Judge, and HALL and PHILLIPS, Senior
Circuit Judges.

Dismissed by unpublished per curiam opinion.

Wilbur Leon Martin, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1997). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>Martin v. Chesapeake City Jail</u>, No. CA-96-468-2 (E.D. Va. May 27, 1997). Appellant's motion for production of a transcript at government expense is denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>